COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jay Baksa v. Rebecca McGuire

Appellate case number:    01-16-00337-CV

Trial court case number:   2013-73614B

Trial court:              152nd District Court of Harris County

Appellant, Jay Baksa, timely filed his notice of appeal of a trial court judgment signed on February 6, 2016. *See* TEX. R. APP. P. 25.1, 26.1. The appellate record was due in this Court on June 6, 2016. A clerk's record was filed on July 13, 2016. However, a reporter's record has not been filed.

On June 16, 2016, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that he had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by July 18, 2016, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). On July 22, 2016, appellant responded that the $420 cost of the reporter's record "will be paid on July 29, 2016," the court reporter had indicated that the reporter's record would be completed within seven days of payment, and the case was set for mediation on August 4, 2016. On September 8, 2016, the court reporter again informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, the cost of the reporter's record.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3. **Appellant's brief is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
                    ☑  Acting individually

Date: October 4, 2016